**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

MANUAL PEREZ, Individually, and as
the Executor of the Estate of Dolores
Perez,

                    Plaintiff,


         v.                                            Civil No. 1:06-cv-948
                                                        (GLS/RFT)

VALASTRO, L.L.C., doing business as
Adirondack Bar & Grill, and STACY
L. GOODSPEED as the Administrator
of the Estate of Jason S. Goodspeed,


                              Defendants.


RONALD KELLER,

                    Plaintiff,


         v.                                            Civil No. 1:06-cv-986
                    (GLS/DRH)
JOHN DEERE AND COMPANY;
HOMELITE CONSUMER PRODUCTS,
INC; HOMELITE INC.; and TECHTRONIC
INDUSTRIES NORTH AMERICA, INC.,


                              Defendants.

**KATHLEEN CURNS and LINDA ZUKAITIS,**

**Plaintiffs,**

**v.**                                                    **Civil No. 1:06-cv-1336**
                                                              **(GLS/DRH)**

**WAL-MART STORES INC.,**

**Defendant.**

**GERALD BATCHER**,

**Plaintiff,**

**v.**                                                    **Civil No. 1:07-cv-1**
                                                              **(GLS/DRH)**

**WARREN FAMIGLIETTI,**

**Defendant.**

**ANGEL HERNANDEZ**,

**Plaintiff,**                           **Civil No. 1:07-cv-113**
                                                              **(GLS/RFT)**

**v.**

**DUKE BUNCE, II; DAVID DUGATKIN;**
**and THE TOWN OF NEW PALTZ; ,**

**Defendants.**

**ENERGY SERVICES PROVIDERS, INC.,**

**Plaintiff,**

2

v.                                          **Civil No. 1:07-cv-686**
                                            **(GLS/DRH)**

**CONSUMER SALES SOLUTIONS, LLC,**

                    **Defendant.**

_____

**THE ANDERSON GROUP, LLC and**
**GAIL ANDERSON,**

                    **Plaintiffs,**

v.                                          **Civil No. 1:05-cv-1369**
              **(GLS/DRH)**
**CITY OF SARATOGA SPRINGS, ET AL.,**

                    **Defendants.**

_____

**TRAVIS NAJA,**

                    **Plaintiff,**

v.                                          **Civil No. 1:07-cv-465**
                                            **(GLS/DRH)**

**PAUL M. VEITCH, Individually and in**
**his Official Capacity as Police Officer**
**of the City of Saratoga Springs,**

                    **Defendant.**

_____

**ONEBEACON AMERICA INSURANCE**
**COMPANY, as subrogee of The**
**Garrett Hotel Group, Inc.,**

                    **Plaintiff,**

3

                                                          **v.**                              **Civil No. 8:07-cv-900**
                                                                                                      **(GLS/RFT)**

**COMSEC VENTURES INTERNATIONAL,**
**INC., and MAHONEY NOTIFY-PLUS,**
**INC.,**

                                    **Defendants.**

**SARA BODE KULLMAN and**
**JENNIFER SNYDER,**

                                    **Plaintiffs,**

                                    **v.**                              **Civil No. 8:07-cv-716**
                                                                                       **(GLS/DRH)**

**STATE OF NEW YORK, et al.,**

                                    **Defendants.**

**DONNA HOFLER,**

                                    **Plaintiff,**

                                    **v.**                              **Civil No. 1:07-cv-1055**
                                                                                       **(GLS/DRH)**

**FAMILY OF WOODSTOCK, INC.,**

                                    **Defendant.**

**MADELINE FOWLER,**

                                    **Plaintiff,**

                                    **v.**                              **Civil No. 1:07-cv-1197**

                                                          4

(GLS/RFT)

**KOHL'S DEPARTMENT STORES, INC.,**

          **Defendant.**

═══════════════════════════════

**NAUM SHKOLNIK,**

          **Plaintiff,**

          **v.**　　　　　　**Civil No. 1:07-cv-854**
　　　　　　　　　　　　　**(GLS/DRH)**

**PHILLIPS MEDICAL SYSTEMS MR, INC.,**

          **Defendant.**

═══════════════════════════════

**ALBANY PATROONS, INC.,**

          **Plaintiff,**

          **v.**　　　　　　**Civil No. 1:08-cv-691**
　　　　　　　　　　　　　**(GLS/DRH)**

**UNITED STATES BASKETBALL LEAGUE,**

          **Defendant.**

═══════════════════════════════

**CHERYL CIPPERLEY and ART CIPPERLEY,**

          **Plaintiffs,**

          **v.**　　　　　　**Civil No. 1:07-cv-1136**
　　　　　　　　　　　　　**(GLS/DRH)**

**ATS, INC. and OCTAVIO CAYETANO, SR.,**

**Defendants.**

=====================================

**JOEL SHANKS and RICK SHANKS,**

**Plaintiffs,**

v.                    Civil No. 1:06-cv-1399
                      (GLS/DRH)

**VILLAGE OF CATSKILL BOARD OF TRUSTEES; VILLAGE OF CATSKILL FIRE DEPT.; VILLAGE OF CATSKILL FIRE COMPANY INC.; RANDY ORMEROD; FLOYD PRINCE, JR.; JACK ORMEROD, SR.; NEAL RUSSELL; JOHN DARLING, III; JIM CHEWENS; STEVE SCHULTZ; HANK COONS; JOHN DEES; RICK CHEWENS; HAROLD RIVENBURG; FOREST COTTON; ANGELO W. AMATO; JOSEPH KOZLOSKI; PAUL OVERBAUGH; VINCENT SEELEY; and PAUL D. ORMEROD, JR.,**

**Defendants.**

=====================================

**WANT AD DIGEST, INC.,**

**Plaintiff**

v.                    Civil No. 1:08-cv-189
                      (GLS/DRH)

**DISPLAY ADVERTISING, INC and EDWARD H. SPAIN,**

6

**Defendants.**

**E. BRUCE NAUMAN,**

   **Plaintiff,**

  **v.**          **Civil No. 1:07-cv-740**
                  **(GLS/RFT)**

**RENSSELAER POLYTECHNIC
INSTITUTE,**

   **Defendant.**

**TIMOTHY E. COUGHTRY and
JOANN E. COUGHTRY,**

   **Plaintiffs,**

  **v.**          **Civil No. 1:08-cv-875**
                  **(GLS/RFT)**

**TRACKER MARINE, LLC,**

   **Defendant.**

**WARREN EDWARD IVEY,**

   **Plaintiff,**

  **v.**          **Civil No. 9:02-cv-470**
                  **(GLS/GJD)**

**JAMES LYMAN,**

   **Defendant.**

7

**EARL JOHN CUTTER, SR., Deceased, and LEONA M. CUTTER, as Administratrix of the Estate of Earl John Cutter, Sr., Deceased,**

                    **Plaintiffs,**

        **v.**                        **Civil No. 1:06-cv-1381 (GLS/RFT)**

**UNITED STATES OF AMERICA,**

                    **Defendant.**

**APPEARANCES:**                 **OF COUNSEL:**

**PEREZ, ET AL. (1:06-cv-948)**

**FOR PLAINTIFF PEREZ:**

Powers, Santola Law Firm         JOHN H. FISHER, ESQ.
39 North Pearl Street
2nd Floor
Albany, New York 12207-2205
(518) 465-5995

**FOR DEFENDANT VALASTRO, L.L.C.:**

Petrone, Petrone Law Firm        DAVID H. WALSH, IV, ESQ.
1624 Genesee Street
Utica, New York 13502
(315) 735-7566

**FOR DEFENDANT GOODSPEED:**

8

Hiscock, Barclay Law Firm
50 Beaver Street
Fifth Floor
Albany, New York 12207-2330
(518) 429-4275

CHARLES Z. FELDMAN, ESQ.

**KELLER, ET AL.** **(1:06-cv-986)**

**FOR PLAINTIFF KELLER:**

Hanson Law Firm
1801 Altamont Avenue
Schenectady, New York 12303
(518) 355-4525

KRISTIE HALLORAN HANSON
ESQ.

**FOR DEFENDANTS JOHN DEERE
AND COMPANY, HOMELITE
CONSUMER PRODUCTS, INC.,
HOMELITE INC., and TECHTRONIC
INDUSTRIES NORTH AMERICA,
INC.:**

Thorn, Gershon Law Firm
5 Wembley Court
New Karner Road
P.O. Box 15054
Albany, New York 12212-5054
(518) 464-6770

ERIN P. MEAD, ESQ.
MATTHEW H. MCNAMARA,
ESQ.
MAUREEN S. BONANNI, ESQ.

**CURNS, ET AL.** **(1:06-cv-1336)**

**FOR PLAINTIFFS CURNS and
ZUKAITIS:**

Thompson, Wigdor Law Firm
Empire State Building
85 Fifth Avenue

DOUGLAS H. WIGDOR, ESQ.
ANDREW S. GOODSTADT,
ESQ.

Fifth Floor
New York, New York 10003
(212) 257-6800

**FOR DEFENDANT WAL-MART
STORES INC.:**

Littler, Mendelson Law Firm          JOEL L. FINGER, ESQ.
900 Third Avenue                     MARGUERITE S. WYNNE, ESQ.
New York, New York 10022-4834
(212) 497-8485

**BATCHER, ET AL. (1:07-cv-1)**

**FOR PLAINTIFF BATCHER:**

Office of Elmer R. Keach, III        BETHANY SCHUMANN-MCGHEE
1040 Riverfront Center               ESQ.
P.O. Box 70
Amsterdam, New York 12010
(518) 684-0236

**FOR DEFENDANT FAMIGLIETTI:**

Carter, Conboy Law Firm              JAMES A. RESILA, ESQ.
20 Corporate Woods Boulevard         WILLIAM J. DECAIRE, ESQ.
Albany, New York 12211
(518) 465-3484

**HERNANDEZ, ET AL. (1:07-cv-113)**

**FOR PLAINTIFF HERNANDEZ:**

Oliver, Oliver Law Firm              LEWIS B. OLIVER, JR., ESQ.
156 Madison Law Firm
Albany, New York 12202
(518) 463-7962

**FOR DEFENDANTS BUNCE,**
**DUGATKIN, and THE TOWN OF**
**NEW PALTZ:**

Hodges, Walsh Law Firm          HAROLD L. MOROKNEK, ESQ.
55 Church Street
Suite 211
White Plains, New York 10601
(914) 385-6000

**ENERGY, ET AL. (1:07-cv-686)**

**FOR PLAINTIFF ENERGY SERVICE**
**PROVIDERS, INC.:**

Harris, Beach Law Firm          MARK J. MCCARTHY, ESQ.
677 Broadway
Suite 1101
Albany, New York 12207
(518) 427-9700

**FOR DEFENDANT CONSUMER**
**SALES SOLUTIONS, LLC:**

Bailey, Sherman Law Firm        EDWARD G. BAILEY, ESQ.
42-21 Douglaston Parkway
Douglaston, New York 11356
(718) 631-2500

**ANDERSON, ET AL. (1:05-cv-1369)**

**FOR THE ANDERSON PLAINTIFFS:**

Relman & Associates            REED N. COLFAX, ESQ.
1225 19th Street, N.W.          JOHN P. RELMAN, ESQ.
Suite 600
Washington, D.C. 20036

(202) 728-0848

Lynch, Farrell Law Firm                    PETER A. LYNCH, ESQ.
111 State St.
Albany, New York 12207
(518) 463-1252

**FOR THE CITY OF SARATOGA
SPRINGS DEFENDANTS:**

Lemire, Johnson Law Firm                   GREGG T. JOHNSON, ESQ.
P.O. Box 2485
2534 Route 9
Malta, New York 12020
(518) 899-5700

**<u>NAJA, ET AL.</u>  (1:07-cv-465)**

**FOR PLAINTIFF NAJA:**

The Law Offices of Gerard V. Amedio,       GERARD V. AMEDIO, ESQ.
PC
18 Division Street
Suite 211 A
Saratoga Springs, New York 12866
(518) 583-4123

**FOR DEFENDANT VEITCH:**

Office of James B. Tuttle                   JAMES B. TUTTLE, ESQ.
10 Century Hill Drive
Suite 4
Latham, New York 12110
(518) 783-1001

**<u>ONE BEACON, ET AL.</u> (8:07-cv-900)**

**FOR PLAINTIFF ONEBEACON
AMERICA INSURANCE
COMPANY:**

Cozen, O'Connor Law Firm          MICHAEL J. IZZO, ESQ.
The Atrium                        STEVEN K. GERBER, ESQ.
1900 Market Street
3rd Floor
Philadelphia, PA 19103
(215) 665-2000

Cozen, O'Connor Law Firm          JOHN B. GALLIGAN, ESQ.
45 Broadway Atrium
16th Floor
New York, New York 10006
(212) 908-1276

Hacker, Murphy Law Firm           JAMES E. HACKER, ESQ.
7 Airport Park Boulevard
Latham, New York 12110-0104
(518) 783-3843

**FOR DEFENDANT COSMEC
VENTURES INTERNATIONAL
INC.:**

Napierski, Vandenburgh Law Firm   THOMAS J. O'CONNOR, ESQ.
296 Washington Avenue Extension   ASA S. NEFF, ESQ.
Albany, New York 12203
(518) 862-9292

**FOR DEFENDANT MAHONEY
NOTIFY-PLUS, INC.:**

Wilson, Elser Law Firm            CATHLEEN A. GIANNETTA,
3 Gannett Drive                   ESQ.
White Plains, New York 10604      THOMAS A. LEGHORN, ESQ.

13

(914) 323-7000                          BERNICE E. MARGOLIS, ESQ.

**KULLMAN, ET AL. (8:07-cv-716)**

**FOR PLAINTIFFS KULLMAN
AND SNYDER:**

Office of Elmer R. Keach, III           ELMER R. KEACH, III, ESQ.
1040 Riverfront Center                  BETHANY SCHUMANN-
P.O. Box 70                             MCGHEE, ESQ.
Amsterdam, New York 12010
(518) 684-0236

**FOR DEFENDANTS STATE OF
NEW YORK, THOMAS RINALDI
and ANDREW JACOBS:**

HON. ANDREW M. CUOMO                     KELLY L. MUNKWITZ
New York Attorney General                Assistant Attorney General
The Capitol
Albany, New York 12224
(518) 474-8370

**FOR DEFENDANT STEPHEN
SCHERRY:**

Lemire, Johnson Law Firm                 GREGG T. JOHNSON, ESQ.
P.O. Box 2485                            DANIELLE M. BARONE, ESQ.
2534 Route 9
Malta, New York 12020
(518) 899-5700

**FOR DEFENDANT DANIEL
WALSH:**

McNamee, Lochner Law Firm                CHRISTOPHER MASSARONI
677 Broadway                             ESQ.

14

Albany, New York 12207-2503                     GLEN P. DOHERTY, ESQ.
(518) 447-3200

**FOR DEFENDANT PAUL
RINALDI:**

Watanabe Law Firm, LLC                          LAURA A. WATANABE, ESQ.
444 Madison Avenue                              WILLIAM K. WATANABE, ESQ.
17th Floor
New York, New York 10022

**HOFLER, ET AL. (1:07-cv-1055)**

**FOR PLAINTIFF HOFLER:**

Disability Advocates, Inc.                       NINA LOEWENSTEIN, ESQ.
5 Clinton Square                                 CLIFF ZUCKER, ESQ.
Third Floor
Albany, New York 12207
(518) 432-7861

**FOR DEFENDANT FAMILY OF
WOODSTOCK, INC.:**

Roemer, Wallens Law Firm                         DIONNE A. WHEATLEY, ESQ.
13 Columbia Circle
Albany, New York 12203
(518) 464-1300

**FOWLER, ET AL.  (1:07-cv-1197)**

**FOR PLAINTIFF FOWLER:**

DuCharme, Harp Law Firm                          CHERYL L. SOVERN, ESQ.
10 Maxwell Drive                                 KIMBERLY A. HARP, ESQ.
Suite 205
Clifton Park, New York 12065

(518) 373-1482

**FOR DEFENDANT KOHLS:**

Hancock, Estabrook Law Firm             LINDSEY H. HAZELTON, ESQ.
1500 AXA Tower I
Syracuse, New York 13221
(315) 471-3151

Office fo Steven F. Goldstein             CHRISTOPHER R. INVIDIATA,
One Old Country Road                      ESQ.
Suite 318                                 GINA M. ARNEDOS, ESQ.
Carle Place, New York 11514              STEVEN F. GOLDSTEIN, ESQ.
(516) 873-0011

**SHKOLNIK, ET AL. (1:07-cv-854)**

**FOR PLAINTIFF SHKOLNIK:**

Gleason, Dunn Law Firm                   RONALD G. DUNN, ESQ.
40 Beaver Street
Albany, New York 12207
(518) 432-7511

**FOR DEFENDANT PHILLIPS
MEDICAL SYSTEMS MR, INC.:**

McGuire, Woods Law Firm                  MICHAEL J. DIMATTIA, ESQ.
1345 Avenue of the Americas             PHILIP A. GOLDSTEIN, ESQ.
7th Floor
New York, New York 10105-0106
(212) 548-2100

**ALBANY, ET AL. (1:08-cv-691)**

**FOR PLAINTIFF ALBANY
PATROONS:**

16

Office of Andrew H. Wood                    ANDREW H. WOOD, ESQ.
9 Jase Court
Albany, New York 12208
(518) 434-5522

**FOR DEFENDANT UNITED STATES**
**BASKETBALL LEAGUE:**

Burke, Scolamiero Law Firm                  THOMAS J. MORTATI, ESQ.
9 Washington Square, Suite 201
P.O. Box 15085
Albany, New York 12212-5085
(518) 862-1386

**<u>CIPPERLEY, ET AL.</u> (1:07-cv-1136)**

**FOR CIPPERLEY PLAINTIFFS:**

Finkelstein & Partners, LLP                 ELEANOR L. POLIMENI, ESQ.
1279 Route 300                              FRANCIS NAVARRA, ESQ.
Newburgh, New York 12550
(845) 562-0203

**FOR DEFENDANTS ATS, INC.**
**and OCTAVIO CAYETANO, SR.:**

Office of Lorne M. Reiter                   LORNE M. REITER, ESQ.
14 Wall Street
20th Floor
New York, New York 10005
(212) 222-0955

**<u>SHANKS, ET AL.</u> (1:06-cv-1399)**

**FOR SHANK PLAINTIFFS:**

Office of Robert N. Isseks                  ROBERT N. ISSEKS, ESQ.

6 North Street
Middletown, New York 10940
(845) 344-4322

Office of Evan M. Foulke                    EVAN M. FOULKE, ESQ.
1997 Route 17M
P.O. Box 239
Goshen, New York 10924
(845) 294-4308

**FOR VILLAGE OF CATSKILL**
**BOARD OF TRUSTEES,**
**VILLAGE OF CATSKILL FIRE**
**DEPT., COTTON, and SEELEY:**

Office of M. Randolph Belkin               M. RANDOLPH BELKIN, ESQ.
26 Century Hill Drive
Suite 202
Latham, New York 12110
(518) 785-5340

**FOR THE VILLAGE OF CATSKILL**
**FIRE COMPANY INC. DEFENDANTS:**

Carter, Conboy Law Firm                    WILLIAM T. LITTLE, ESQ.
20 Corporate Woods Boulevard
Albany, New York 12211
(518) 810-0531

**WANT AD ET AL. (1:08-cv-189)**

**FOR PLAINTIFF WANT AD**
**DIGEST, INC.:**

Girvin, Ferlazzo Law Firm                  SALVATORE D. FERLAZZO,
20 Corporate Woods Boulevard               ESQ.
2nd Floor                                  ROBERT F. MANFREDO, ESQ.

18

Albany, New York 12211-2350
(518) 462-0300

**FOR DEFENDANTS DISPLAY
ADVERTISING, INC. and
EDWARD H. SPAIN:**

Office of Joshua A. Sabo                    JOSHUA A. SABO, ESQ.
287 North Greenbush Road
Troy, New York 12180
(518) 286-9050

**<u>NAUMAN, ET AL.</u> (1:07-cv-740)**

**FOR PLAINTIFF NAUMAN:**

Gleason, Dunn Law Firm                    RONALD G. DUNN, ESQ.
40 Beaver Street                                LISA F. JOSLIN, ESQ.
Albany, New York 12207
(518) 432-7551

**FOR DEFENDANT RENSSELAER
POLYTECHNIC INSTITUTE:**

Littler, Mendelson Law Firm              JACQUELINE R. BARRETT,
Three Parkway                                   ESQ.
Suite 1400                                         KRISTINE G. DEREWICZ, ESQ.
1601 Cherry Street                            SARAH L. POWENSKI, ESQ.
Philadelphia, Pennsylvania 19102
(267) 402-3000

Littler, Mendelson Law Firm              STEPHEN A. FUCHS, ESQ.
900 Third Avenue
New York, New York 10022-4834
(212) 583-9600

**<u>COUGHTRY, ET AL.</u> (1:08-CV-875)**

19

**FOR PLAINTIFFS TIMOTHY
E. COUGHTRY and JOANN
E. COUGHTRY:**

Whiteman, Osterman Law Firm                 WILLIAM S. NOLAN, ESQ.
One Commerce Plaza
Suite 1900
Albany, New York 12260
(518) 487-7600

**FOR DEFENDANT TRACKER
MARINE, LLC:**

Hodgson, Russ Law Firm                       RICHARD L. WEISZ, ESQ.
677 Broadway
Suite 301
Albany, New York 12207
(518) 465-2333

**<u>IVEY, ET AL.</u> (9:02-cv-470)**

**FOR PLAINTIFF IVEY:**

Maynard, O'Connor Law Firm                   ALEXANDER L. STABINSKI,
6 Tower Place                                ESQ.
Albany, New York 12203
(518) 465-3553

**FOR DEFENDANT LYMAN:**

HON. RICHARD S. HARTUNIAN                     BARBARA D. COTTRELL
United States Attorney                        Assistant U.S. Attorney
 445 Broadway
218 James T. Foley U.S. Courthouse
Albany, New York 12207-2924
(518) 431-0247

**CUTTER, ET AL.** (1:06-cv-1381)

**FOR CUTTER PLAINTIFFS:**

Caplan, Caplan Law Firm                    MARIO D. COMETTI, ESQ.
1707 Central Avenue                        MURRAY N. CAPLAN, ESQ.
Albany, New York 12205
(518) 464-6644

**FOR DEFENDANT UNITED STATES
OF AMERICA:**

HON. RICHARD S. HARTUNIAN               DIANE CAGINO
United States Attorney                   Assistant U.S. Attorney
445 Broadway
218 James T. Foley U.S. Courthouse
Albany, New York 12207-2924
(518) 431-0247

**Gary L. Sharpe
District Court Judge**


## Trial Order

All relevant Uniform Pretrial Scheduling Order deadlines having

expired in the above twenty-one (21) captioned cases, are hereby

designated "trial ready" in the numerical order listed, and shall proceed to

trial during a jury term beginning on **Monday, May 17, 2010**, and

continuing thereafter on a daily schedule.  All listed actions are governed

by this Scheduling Order **unless** they are designated "exempt" according

21

to the terms of this order, and a new Scheduling Order is issued by a

Magistrate or District Court Judge.

In order of priority, the cases are designated as follows:

1. **Perez, et al. (1:06-cv-948);**

2. **Keller, et al. (1:06-cv-986);**

3. **Curns, et al. (1:06-cv-1336);**

4. **Batcher, et al. (1:07-cv-1);**

5. **Hernandez, et al. (1:07-cv-113);**

6. **Energy Services, et al. (1:07-cv-686);**

7. **Anderson, et al. (1:05-cv-1369);**

8. **Naja, et al. (1:07-cv-465);**

9. **OneBeacon, et al. (8:07-cv-900);**

10. **Kullman, et al. (8:07-cv-716);**

11. **Hofler, et al. (1:07-cv-1055);**

12. **Fowler, et al. (1:07-cv-1197);**

13. **Shkolnik, et al. (1:07-cv-854);**

14. **Albany, et al. (1:08-cv-691);**

15. **Cipperley,et al. (1:07-cv-1136);**

**16. Shanks, et al. (1:06-cv-1399);**

**17. Want Ad Digest, Inc., et al. (1:08-cv-189);**

**18. Nauman, et al. (1:07-cv-740);**

**19. Coughtry, et al. (1:08-cv-875);**

**20. Ivey, et al. (9:02-cv-470);**

**21. Cutter,et al. (1:06-cv-1381).**

### Schedule

Unless an action is designated "exempt," all parties **shall** proceed in accordance with the schedule established in this order and attachment.

### Trials

The attorneys and parties in the first action on the trial ready list, or in the first action on any subsequently amended trial ready list, **shall appear** at Courtroom No. 6, 445 Broadway, Albany, New York, First Floor, South, for trial beginning promptly at **9:30 a.m. on Monday, May 17, 2010**.

Each succeeding action on the trial ready list shall proceed on the day following completion of the action preceding it, unless a different date is otherwise ordered by the court.

The parties are hereby notified that their trial dates **will advance** should a case preceding them on the trial ready list settle, or for any other

23

reason, be removed from the list.[1]  The parties are further advised that

should a case be removed from the trial ready list because of settlement or

some other non-exempt factor on or after **Thursday, May 13, 2010, at**

**4:00 p.m.**, the court may impose **sanctions** pursuant to N.D.N.Y. L.R.

47.3.

### **Final Pretrial Conferences**

To the extent practicable, final pretrial conferences will be

subsequently scheduled within the week preceding the anticipated trial

date.  The attorneys for all parties in each action **shall appear** at this

court's chambers, 445 Broadway, Albany, New York, First Floor, South, for

the final pretrial conference.

***Note: The court will not conduct a settlement conference during***

***the final pretrial conference.  The co-assigned Magistrate Judges are***

***available for settlement conferences, and the court expects that***

***parties, if they elect to do so, will schedule such a conference with***

---

[1]The attorneys representing each party on the trial ready list are set forth in the caption, and parties are free to consult with those ahead of them on the list.  Furthermore, the parties may consult with Courtroom Deputy, John Law, concerning alterations in their numerical order, and will receive electronic notice as soon as is reasonably practicable should such alterations occur.

***the Magistrate Judge on or before May 6, 2010***.

## Pretrial Submissions[2]

Pursuant to **Attachment 1**, pretrial submissions **in all cases shall be filed in accordance with the schedule set forth in Attachment 1**.

## Exemptions

If a case is designated as "exempt" because it meets either of the two following criteria, it will be removed from the trial ready list and referred to a designated Judge who may elect to issue a new scheduling order setting new fixed dates for all further proceedings, including pretrial submissions and trial:

1. If, on or before **April 8, 2010**, all parties in an action file a Consent to the Exercise of Jurisdiction by a Magistrate Judge (s*ee* General Order 25, 28 U.S.C. § 636(c), N.D.N.Y. L.R. 72.2(b), and Attachment), the court will issue an Order of Reference, and designate the action as "exempt"; or

2. If this court subsequently refers an action to another District Court

---

[2]To the extent that the requirements of this Order and attachments are inconsistent with any prior Uniform Pretrial Scheduling Order, this Order and attachments control.

Judge, the case will be designated "exempt" if the referral Judge elects to issue an amended scheduling order.

**IT IS SO ORDERED.**

January 8, 2010
Albany, New York

Gary L. Sharpe
U.S. District Judge

## Attachment #1

## Pretrial Submissions

***N.B.*** **Unless otherwise noted, all parties shall electronically file and serve all pretrial submissions in accordance with General Order No. 22, ¶ 5.**

The following pretrial submissions **shall** be filed in accordance with this Order.

1.  ### Joint Pretrial Stipulation

    On or before **Monday, April 12, 2010**, a joint pretrial stipulation shall be subscribed by counsel for all parties, and shall contain:

    **(1)**   The basis of federal jurisdiction;

    **(2)**   A list of all exhibits which can be stipulated into evidence or which will be offered without objection as to foundation; and

    **(3)**   Relevant facts not in dispute.

2.  ### Voir Dire

    On or before **Monday, April 12, 2010**, each party shall submit a numbered list of questions which the court, in the exercise of its discretion, may use during jury selection.

3.  ### Witnesses

    **(1)**   On or before **Monday, April 12, 2010**, counsel shall file a witness list containing the following information regarding the witnesses that may be called to testify at trial other than solely for impeachment purposes:

1

**(a)**    The name and, if not previously provided, the address (city only) of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

> ***N.B.*: Personal Privacy Protections may apply to disclosure of this information.  *See* Local Rule 8.1; General Order No. 22, ¶¶ 2.1.3, 11.1-11.2 and 12.2.**

**(b)**    The designation of those witnesses whose testimony is expected to be presented by means of a deposition (including video-taped deposition), specifically identifying the pertinent portions of the deposition testimony to be offered.

**(2)**  The unavailability of any witness, expert, or otherwise, will not be grounds for a continuance.  In order to avoid the possibility of proceeding at trial without the testimony of an unavailable witness, counsel, where appropriate, shall preserve the testimony by written or video-taped deposition for possible use at trial.  (Please refer to the attached instruction sheet for the use of video-taped depositions.)

**4.**    **Exhibits**

**(1)**    All exhibits shall be marked for identification in the manner prescribed hereinafter.  A complete set of copies of the exhibits or, alternatively, a copy of a CD-ROM containing the exhibits shall be presented to Judge Sharpe's Deputy Courtroom Clerk **AT THE BEGINNING OF TRIAL**.

**(2)**   The exhibits shall have been inspected by the opposing party and copied at their expense (unless waived) **BEFORE TRIAL COMMENCES**.  All documents and/or papers intended as exhibits or to be used during the course of trial, including but not limited to documents, photographs, charts, diagrams, etc., shall be assembled in **BINDERS AND/OR ON CD-ROM** with each document properly marked at the lower right corner for identification purposes as directed below.  In voluminous cases, consult with Judge Sharpe's Courtroom Clerk for the proper procedure to follow.

**(3)**   During the course of trial the Deputy Courtroom Clerk shall take charge of exhibits that are <u>received into evidence</u>.  At the conclusion of the trial, the Courtroom Deputy Clerk will immediately return all of the exhibits to the proper parties. It is the responsibility of the parties to maintain the exhibits and to produce the exhibits for any appeal.

**(4)**   **BEFORE TRIAL COMMENCES**, counsel shall electronically file and serve an Exhibit List.  The exhibits shall be listed on the form prescribed by the Court, a copy of which is attached to this Order. Counsel are to supply all the requested information with the exception of the two "Date Boxes" which should remain blank.

**(5)**   Counsel shall fill in the appropriate markers leaving the "File" and "Deputy Clerk" lines blank.  All exhibits shall be assigned numbers by using a prefix of "P" for plaintiff, "D" for defendant, and "G" for Government (U.S. Attorney).

Plaintiff's exhibits should be denoted as: P-l, P-2, P-3, etc.  Defendant's exhibits should be denoted as: D-l, D-2, D-3, etc.  Government's exhibits should be denoted as:

3

G-l, G-2, G-3, etc.  In cases involving multiple defendants, the exhibits shall be denoted with the initial of the last name of the defendant and its numerical identification number.

Stickers shall be affixed whenever possible to the lower right-hand corner of the exhibit.  If the exhibit marker is going to cover any information on the exhibit, then affix the marker to the reverse side of the exhibit.

## 5. <u>Trial Brief</u>

On or before **Monday, April 12, 2010**, counsel shall electronically file and serve a trial brief containing argument and citations on any and all disputed issues of law, citing the applicable rules of evidence and case law.  Trial briefs should also include any evidentiary issues that are expected to arise.

## 6. <u>Requests to Charge and Proposed Special Verdict Form</u>

On or before **Monday, April 12, 2010**, counsel shall *traditionally* file with the Clerk's Office and serve upon opposing counsel requests to charge and a proposed Special Verdict Questionnaire on either a CD-ROM or 3.5-inch computer disk, preferably in WordPerfect format.  The requests to charge need only include instructions that are specific to the law in this case regarding liability, damages, and any unusual issues.  The Court has usual boilerplate instructions.

## 7. <u>Motions in Limine</u>

On or before **Monday, April 12, 2010**, counsel shall electronically file and serve any motions in limine, citing the applicable rules of evidence and case law.  Opposing counsel shall file any response to motions in limine no later than **April 19, 2010**.

4

## MOTIONS IN LIMINE MAY NOT OTHERWISE BE FILED WITHOUT LEAVE OF THE COURT.

**8.**   **Depositions**

**(1)**   **BEFORE TRIAL**, counsel shall electronically file all non-video taped depositions to be used at trial.  Counsel shall traditionally file all video-taped depositions to be used at trial. (*See* General Order No. 22, ¶¶ 1.2, unnumbered paragraph following 2.1.6).  To the extent possible, objections are to be resolved between the parties.  Areas of unresolved disagreement shall be presented to the Court for ruling at the Final Pretrial Conference.  (See attached instruction sheet for use of video-taped depositions.)

January 8, 2010
Albany, New York

Gary L. Sharpe
Gary L. Sharpe
U.S. District Judge

5

## INSTRUCTIONS FOR THE USE OF VIDEO TAPED DEPOSITIONS

**COUNSEL ARE TO VIEW ALL VIDEOTAPES WHICH MAY BE OFFERED INTO EVIDENCE AT THE TIME OF TRIAL.  ALL VIDEO-TAPED DEPOSITIONS TO BE USED AT TRIAL SHALL BE FILED WITH THE CLERK'S OFFICE AT LEAST ONE WEEK BEFORE THE TRIAL READY DATE.  NOT EARLIER THAN ONE WEEK AND NOT LESS THAN FOUR DAYS PRIOR TO THE TRIAL READY DATE, EACH PARTY SHALL INDICATE TO THE OTHER PARTY THE PORTION OF THE DEPOSITION TO BE OFFERED.  TO THE EXTENT POSSIBLE, OBJECTIONS ARE TO BE RESOLVED BETWEEN THE PARTIES.   COUNSEL SHALL SUBMIT ALL OBJECTIONS IN WRITING TO THE COURT FOR RULING PRIOR TO THE TRIAL READY DATE.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**THE CLERKS OFFICE HAS AVAILABLE A VHS FORMAT VIDEO CASSETTE PLAYER AND**

**TELEVISION FOR USE AT TRIAL.  PLEASE BE ADVISED THAT YOU MUST PROVIDE A PERSON**

**TO RUN THE EQUIPMENT DURING THE COURSE OF THE TRIAL.**


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ELECTRONIC VISUAL EVIDENCE PRESENTER

**IN ADDITION TO THE VIDEO EQUIPMENT NOTED ABOVE, THE COURT HAS AVAILABLE A**

**VISUAL EVIDENCE PRESENTER WHICH WILL ALLOW COUNSEL TO DISPLAY PHOTOS**

**(NEGATIVES OR POSITIVES), DOCUMENTS, X-RAYS, AND 3-D OBJECTS , WITHOUT WIRES,**

**ON TELEVISIONS PLACED THROUGHOUT THE COURTROOM.  THIS EQUIPMENT IS**

**AVAILABLE AT THE COURTHOUSES IN ALBANY, SYRACUSE, UTICA AND BINGHAMTON.  USE**

**OF THE VISUAL PRESENTER MAY BE REQUIRED BY THE TRIAL JUDGE PRESIDING OVER**

**YOUR CASE.  FOR FURTHER INFORMATION ON THE USE OF THIS EQUIPMENT, PLEASE**

**CONTACT THE COURTROOM DEPUTY CLERK FOR THE ASSIGNED TRIAL JUDGE.**

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK<br><br>CASE NO. _____<br>PLAINTIFF EXHIBIT NO. _____<br>DATE ENTERED _____<br><br>LAWRENCE K. BAERMAN, CLERK<br>BY: _____<br>DEPUTY CLERK | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK<br><br>CASE NO. _____<br>DEFENDANT EXHIBIT NO. _____<br>DATE ENTERED _____<br><br>LAWRENCE K. BAERMAN, CLERK<br>BY: _____<br>DEPUTY CLERK |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK<br><br>CASE NO. _____<br>PLAINTIFF EXHIBIT NO. _____<br>DATE ENTERED _____<br><br>LAWRENCE K. BAERMAN, CLERK<br>BY: _____<br>DEPUTY CLERK | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK<br><br>CASE NO. _____<br>DEFENDANT EXHIBIT NO. _____<br>DATE ENTERED _____<br><br>LAWRENCE K. BAERMAN, CLERK<br>BY: _____<br>DEPUTY CLERK |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK<br><br>CASE NO. _____<br>PLAINTIFF EXHIBIT NO. _____<br>DATE ENTERED _____<br><br>LAWRENCE K. BAERMAN, CLERK<br>BY: _____<br>DEPUTY CLERK | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK<br><br>CASE NO. _____<br>DEFENDANT EXHIBIT NO. _____<br>DATE ENTERED _____<br><br>LAWRENCE K. BAERMAN, CLERK<br>BY: _____<br>DEPUTY CLERK |

Page 1 of ___

United States District Court
For The Northern District Of New York

Case No. _____

Date: _____

Presiding Judge: _____

( ) Plaintiff                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Exhibits Returned To Counsel (Date):_____

Signature:_____

Page __ of __

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Exhibits Returned To Counsel (Date):_____
Signature:_____