# Powers & Santola, LLP
## COUNSELLORS AT LAW
www.Powers-Santola.com

**John K. Powers**
**Daniel R. Santola**
**Timothy J. Higgins**
**John H. Fisher** *
**Patrick J. Higgins**

* *Also admitted in Illinois & Connecticut*

**Albany Office**
39 North Pearl Street
Albany, New York 12207-2785
Telephone: (518) 465-5995
Telecopier: (518) 426-4012

**Syracuse Office**
407 S. Warren Street
Syracuse, NY 13202
(315) 701-1030
(518) 426-4012

PLEASE REPLY TO:   ALBANY OFFICE

**Laura M. Jordan**
**Margie A. Soehl†**
**Michael J. Hutter**
*Special Counsel*

†*Also admitted in Ecuador*

Saturday, May 29, 2010

Hon. Gary L. Sharpe
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY  12207-2974

Re:  Perez v. Valastro, L.L.C., et al.
      06-CV-0948
      GLS/RFT

Dear Judge Sharpe:

Today, the Plaintiff and Defendant Valastro, LLC reached a settlement in the above entitled matter.  We have not been able to reach the counsel for Defendant Goodspeed however, they have already offered their policy limits.  At the pre-trial conference scheduled for Tuesday, June 1st at 8:30 A.M. the parties will place the settlement on the record.

Thank you for your attention to this matter.


Respectfully yours,

POWERS & SANTOLA, LLP

*Margie A Soehl*

By:  Margie A. Soehl

mas
cc: all parties

Practice Limited to The Representation of Seriously or Catastrophically Injured Individuals